UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA               :

          - v. -                  :

JAIME ROLANDO ROSENTHAL OLIVA,      :
YANI BENJAMIN ROSENTHAL HIDALGO, and  :
YANKEL ROSENTHAL COELLO,             :

                Defendants.     :

- - - - - - - - - - - - - - - - - - - - - X

**SEALED SUPERSEDING INDICTMENT**

S1 13 Cr. 413 (JGK)

## COUNT ONE

The Grand Jury charges:

1.     From at least in or about 2004, up to and including in or about July 2015, in Honduras and elsewhere, and in an offense begun out of the jurisdiction of any particular State or district, JAIME ROLANDO ROSENTHAL OLIVA, YANI BENJAMIN ROSENTHAL HIDALGO, and YANKEL ROSENTHAL COELLO, the defendants, whose joint offender has been first brought to and arrested in the Southern District of New York and whose point of entry into the United States was in the Southern District of New York, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other, to commit money laundering offenses in violation of Title 18, United States Code, Sections 1956 and 1957.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7|8|15

2.     It was a part and an object of the conspiracy that JAIME ROLANDO ROSENTHAL OLIVA, YANI BENJAMIN ROSENTHAL HIDALGO, and YANKEL ROSENTHAL COELLO, the defendants, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity -- to wit, (i) felonious narcotics offenses, in violation of Title 21, United States Code, and (ii) offenses against a foreign nation involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by and for the benefit of a public official with respect to financial transactions occurring in whole and in part in the United States -- with the intent to promote the carrying on of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

3.     It was further a part and an object of the conspiracy that JAIME ROLANDO ROSENTHAL OLIVA, YANI BENJAMIN ROSENTHAL HIDALGO, and YANKEL ROSENTHAL COELLO, the defendants, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the

2

property involved in certain financial transactions represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity -- to wit, (i) felonious narcotics offenses, in violation of Title 21, United States Code, and (ii) offenses against a foreign nation involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by and for the benefit of a public official with respect to financial transactions occurring in whole and in part in the United States -- knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

4.    It was further a part and an object of the conspiracy that JAIME ROLANDO ROSENTHAL OLIVA, YANI BENJAMIN ROSENTHAL HIDALGO, and YANKEL ROSENTHAL COELLO, the defendants, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, would and did transport, transmit, and transfer, and attempt to transport, transmit, and transfer, a monetary instrument and funds from a place in the United States to or through a place outside the

3

United States and to a place in the United States from or

through a place outside the United States, with the intent to

promote the carrying on of specified unlawful activity -- to

wit, (i) felonious narcotics offenses, in violation of Title 21,

United States Code, and (ii) offenses against a foreign nation

involving bribery of a public official and the misappropriation,

theft, or embezzlement of public funds by and for the benefit of

a public official with respect to financial transactions

occurring in whole and in part in the United States 1 -- in

violation of Title 18, United States Code, Section

1956(a)(2)(A).

5.   It was further a part and an object of the

conspiracy that JAIME ROLANDO ROSENTHAL OLIVA, YANI BENJAMIN

ROSENTHAL HIDALGO, and YANKEL ROSENTHAL COELLO, the defendants,

and others known and unknown, in an offense involving and

affecting interstate and foreign commerce, would and did

transport, transmit, and transfer, and attempt to transport,

transmit, and transfer, a monetary instrument and funds from a

place in the United States to or through a place outside the

United States and to a place in the United States from or

through a place outside the United States, knowing that the

monetary instrument and funds involved in the transportation,

transmission, and transfer represented the proceeds of some form

4

of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity -- to wit, felonious narcotics offenses, in violation of Title 21, United States Code, and offenses against a foreign nation involving bribery of a public official, and the misappropriation, theft, or embezzlement of public funds by and for the benefit of a public official -- in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

6. It was further a part and an object of the conspiracy that JAIME ROLANDO ROSENTHAL OLIVA, YANI BENJAMIN ROSENTHAL HIDALGO, and YANKEL ROSENTHAL COELLO, the defendants, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowingly would and did engage and attempt to engage in monetary transactions in criminally derived property of a value greater than $10,000, such property having been derived from specified unlawful activity -- to wit, (i) felonious narcotics offenses, in violation of Title 21, United States Code, and (ii) offenses against a foreign nation involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by and for the benefit of a public official with respect to

5

financial transactions occurring in whole and in part in the United States -- in violation of Title 18, United States Code, Section 1957.

(Title 18, United States Code, Sections 1956(h) and 3238.)

### FORFEITURE ALLEGATION

7.    As the result of committing the money laundering conspiracy offense charged in Count One of this Indictment, JAIME ROLANDO ROSENTHAL OLIVA, YANI BENJAMIN ROSENTHAL HIDALGO, and YANKEL ROSENTHAL COELLO, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in the offense charged in Count One of this Indictment and all property traceable to such property.

### Substitute Assets Provision

8.    If any of the above-described forfeitable property, as a result of any act or omission of JAIME ROLANDO ROSENTHAL OLIVA, YANI BENJAMIN ROSENTHAL HIDALGO, and YANKEL ROSENTHAL COELLO, the defendants:

> a.    cannot be located upon the exercise of due diligence;
>
> b.    has been transferred or sold to, or deposited with, a third person;
>
> c.    has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981; and Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
*Preet Bharara*
PREET BHARARA
United States Attorney

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAIME ROLANDO ROSENTHAL OLIVA,
YANI BENJAMIN ROSENTHAL HIDALGO, and
YANKEL ROSENTHAL COELLO,

Defendants.

SUPERSEDING INDICTMENT

S1 13 Cr. 413 (JGK)

(18 U.S.C. §§ 1956 and 3238.)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.