UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

YANI BENJAMIN ROSENTHAL HIDALGO,

Defendant.

**Preliminary Order of Forfeiture/ Money Judgment**

S5 13 Cr. 413 (JGK)

WHEREAS, on July 26, 2017, Yani Benjamin Rosenthal Hidalgo (the "Defendant"), waived indictment and was arraigned on Superseding Information S5 13 Cr. 413 (JGK) (the "Information"), which charges the Defendant with engaging in monetary transactions in property derived from specified unlawful activity, in violation of Title 18, United States Code, Section 1957;

WHEREAS the Information included forfeiture allegations with respect to Count One seeking, pursuant to Title 18, United States Code, Section 982, the forfeiture to the United States of any and all property, real or personal, involved in the commission of the offense charged in Count One of the Information, and any property traceable to such property;

WHEREAS, on July 26, 2017, the Defendant pleaded guilty to Count One of the Information;

WHEREAS, in connection with the Defendant's guilty plea and pursuant to the Plea Agreement, the Defendant agreed to forfeit $500,000 pursuant to Title 18, United States Code, Section 982(a)(1); and

1

WHEREAS Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the Defendant's guilty plea to the offense charged in Count One of the Information, a money judgment in the amount of $500,000 in United States currency (the "Money Judgment") shall be entered against Yani Benjamin Rosenthal Hidalgo.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture/Money Judgment, this Order is final as to the Defendant, and shall be deemed part of the sentence of the Defendant, and shall be incorporated into the judgment of conviction.

3. Upon entry of this Preliminary Order of Forfeiture/Money Judgment, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

4. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

5. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

6. The Clerk of the Court shall forward three certified copies of this Preliminary Order of Forfeiture/Money Judgment to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

AGREED AND CONSENTED TO:

_____  July 17, 2017
Yani Benjamin Rosenthal Hidalgo                Date

APPROVED:

_____  July 17, 2017
Robert Targ                    Date
Michael Diaz, Jr.
Diaz, Reus & Targ, LLP
Attorneys for Yani Benjamin Rosenthal Hidalgo

_____  7/17/17
David Spears                   Date
Grace Chan
Spears & Imes LLP
Attorneys for Yani Benjamin Rosenthal Hidalgo

SO ORDERED:

_____  7/26/17
HONORABLE JOHN G. KOELTL        Date
United States District Judge
Southern District of New York

3