ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X
                                     :
UNITED STATES OF AMERICA             :   **SUPERSEDING INFORMATION**
                                     :
    - v. -                           :   S5 13 Cr. 413 (JGK)
                                     :
YANI BENJAMIN ROSENTHAL HIDALGO,     :
                                     :
                         Defendant.  :
                                     :
- - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 2 6 2017

**COUNT ONE**

The United States Attorney charges:

1.  From at least in or about 2004, up to and including at least in or about September 2015, in the Southern District of New York, Honduras and elsewhere, and in an offense begun out of the jurisdiction of any particular State or district for which one of two or more joint offenders was arrested and first brought, YANI BENJAMIN ROSENTHAL HIDALGO, the defendant, in an offense affecting interstate and foreign commerce, did knowingly engage and attempt to engage in monetary transactions in criminally derived property of a value greater than $10,000, including transactions that took place in the United States and the special maritime and territorial jurisdiction of the United States, such property having been derived from specified unlawful activity, to wit, (i) felonious narcotics offenses, in violation of Title 21,

United States Code, and (ii) offenses against a foreign nation involving the manufacture, importation, sale, or distribution of a controlled substance (as such term is defined for the purposes of the Controlled Substances Act).

(Title 18, United States Code, Sections 1957, 3238, and 2.)

## FORFEITURE ALLEGATION

2. As a result of committing the money laundering offense charged in Count One of this Superseding Information, YANI BENJAMIN ROSENTHAL HIDALGO, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in the offense charged in Count One of this Superseding Information and all property traceable to such property.

### Substitute Assets Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of YANI BENJAMIN ROSENTHAL HIDALGO, the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

2

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982; and
Title 28, United States Code, Section 2461.)

*[signature]*

JOON H. KIM
Acting United States Attorney

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

YANI BENJAMIN ROSENTHAL HIDALGO,

Defendant.

### SUPERSEDING INFORMATION

S5 13 Cr. 413 (JGK)

(18 U.S.C. § 1957.)

JOON H. KIM
Acting United States Attorney.

---

7/26/2017 DEFT YANI BENJAMIN ROSENTHAL HIDALGO PRES W/ATTYS ROBERT FARB AND DAVID SPEARS. AUSA'S EMIL BOVE AND MATTHEW LAROCHE. REPORTER STEVEN GREENBLUM. FILED WAIVER OF INDICTMENT AND SUPERSEDING INFORMATION. DEFT ARRAIGNED ON SUPERSEDING INFORMATION. DEFT CHANGES PLEA OF NOT GUILTY TO INDICTMENT AND PLEADS GUILTY TO SUPERSEDING INFORMATION (S5). SENTENCE DATE 10/13/2017 AT 2:30PM. PSI ORDERED. BAIL CONT'D (1 HOUR)

— JUDGE KOELTL