UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA               :
                                       :    **WAIVER OF INDICTMENT**
        - v. -                         :
                                       :    S5 13 Cr. 413 (JGK)
YANI BENJAMIN ROSENTHAL HIDALGO,       :
                                       :
                        Defendant.     :
- - - - - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 1957, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Date:   New York, New York
        July 26, 2017

_____
Defendant

_____
Witness

_____
Counsel for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 26 2017