**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

      - against -                    13cr413 (JGK)

**YANI BENJAMIN ROSENTHAL HIDALGO,**    <u>ORDER</u>

                Defendant.

**JOHN G. KOELTL, District Judge:**

The Government's time to respond to the motion for compassionate release is May 11, 2020. The defendant's time to reply is May 15, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
           May 1, 2020                      /s/ John G. Koeltl
                                          **John G. Koeltl**
                                    **United States District Judge**